**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Carolynn Beck (SBN 264703)
cbeck@piercebainbridge.com
Daniel Dubin(SBN 313235)
ddubin@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 337-0065

*Attorneys for*
*Plaintiff Terrence Ferguson*

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Terrence Ferguson,** an individual, aka 2 Milly, <br><br> Plaintiff, <br><br> v. <br><br> **Epic Games, Inc.**, a North Carolina corporation; and **Does 1 through 50**, inclusive, <br><br> Defendants. | Case No. <br><br> **Complaint for:** <br><br> 1. **Direct Infringement of Copyright;** <br> 2. **Contributory Infringement of Copyright;** <br> 3. **Violation of the Right of Publicity under California Common Law;** <br> 4. **Violation of the Right of Publicity under Cal. Civ. Code § 3344;** <br> 5. **Unfair Competition Under Cal. Bus. & Prof. Code § 17200, et seq.** <br><br> **Demand for Jury Trial** |

1   Plaintiff Terrence Ferguson, aka 2 Milly, ("Plaintiff" or "Ferguson"),
2   by and through his undersigned counsel, asserts the following claims
3   against Defendant Epic Games, Inc. ("Epic") and Does 1 through 50
4   (collectively referred to as "Defendants"), and alleges as follows:

5                              **I. OVERVIEW**

6   1.      Through its unauthorized misappropriation of Ferguson's
7   highly popular dance craze, the "Milly Rock," in its video game, Fortnite
8   Battle Royale ("Fortnite"), Epic has unfairly profited from exploiting
9   Ferguson's protected creative expression and likeness.

10  2.      Ferguson, also known by the alter ego and stage name, "2
11  Milly," is a professional rapper, who created the self-named Milly Rock
12  dance, which exploded in popularity following Ferguson's 2014 release
13  of his hit song, also titled, "Milly Rock," and its accompanying music
14  video that demonstrates the dance.

15  3.      Defendants capitalized on the Milly Rock's popularity,
16  particularly with its younger fans, by selling the Milly Rock dance as an
17  in-game purchase in Fortnite under the name "Swipe It," which players
18  can buy to customize their avatars for use in the game.  This dance was
19  immediately recognized by players and media worldwide as the Milly
20  Rock.   Although identical to the dance created, popularized, and
21  demonstrated by Ferguson, Epic did not credit Ferguson nor seek his
22  consent to use, display, reproduce, sell, or create a derivative work
23  based upon Ferguson's Milly Rock dance or likeness.

24  4.      Since being released in or around September 2017, Fortnite
25  has become among the most popular video games ever with sales far in
26  excess of $1 billion.  Indeed, Fortnite made approximately $318 million
27  in May 2018 alone, the "biggest month ever for a video game."  As a free-
28  to-play game, Fortnite derives its sales exclusively through these types

**Complaint**

1  of in-game purchases.  Epic should not be able to profit from Ferguson's
2  fame and hard work by its intentional misappropriation of Ferguson's
3  original content or likeness.   Ferguson seeks injunctive relief and
4  damages, including, but not limited to, Epic's profits attributed to its
5  improper use of the Milly Rock and Ferguson's likeness.

6  ## II.  THE PARTIES

7     5.    Ferguson resides in Brooklyn, New York.  He is better
8  known as the popular rapper, 2 Milly.

9     6.    Epic is a North Carolina business corporation with its
10 principal place of business at 620 Crossroads Boulevard, Cary, NC
11 27518.  Epic is the creator and developer of the Fortnite video game
12 franchise, which was first released in July 2017.

13 ## III. SUBJECT MATTER JURISDICTION AND
14 ## VENUE

15    7.    The Court has subject matter jurisdiction over this action
16 pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332
17 (diversity), and 28 U.S.C. § 1367 (supplemental jurisdiction).

18    8.    Venue is proper in this District under A) 28 U.S.C. §
19 1391(b)(2) (federal question jurisdiction), because a substantial part of
20 the events or omissions giving rise to the claim occurred in this District;
21 and B) 28 U.S.C. §§ 1391(b)(1) and (c) (personal jurisdiction), because
22 all defendants are subject to personal jurisdiction in this State and at
23 least one in this District.

24 ## IV. FACTUAL BACKGROUND
25 ### A.    2 Milly and the Creation of the Milly Rock

26    9.    Raised in the New York City borough of Brooklyn, Ferguson
27 has been rapping with his childhood friends since he was 13 years old
28 under the name "2 Milly."  Ferguson's music focuses on his life as a

1  rapper growing up in a rough, predominantly African-American
2  Brooklyn neighborhood, and emphasizes his unique style and
3  perspectives.

4      10.   In 2011, four years before releasing the "Milly Rock" single,
5  Ferguson created a dance, which he later named the Milly Rock after
6  himself, while listening and dancing to music with his friends.  The
7  dance is distinctive and immediately recognizable.

8      11.   Since creating the dance, Ferguson incorporated it into his
9  performances around New York City.  Ferguson also posted videos of
10  himself and his friends, who later formed the rap group, Stack Paper,
11  performing the dance on YouTube and other social media platforms
12  including Instagram and Facebook.

13      12.   In August 2014, Ferguson released "Milly Rock," a rap that
14  celebrates the dance he created years ago.  The song was accompanied
15  by a music video posted on YouTube, where Ferguson is depicted
16  performing the dance that he named after his stage name, 2 Milly, with
17  his friends in his hometown of Brooklyn.  The hook of the song features
18  Ferguson, as 2 Milly, rapping the lyric, "I Milly Rock on any block."  The
19  Milly Rock song made the iTunes top 200 chart in its first week and was
20  the most added single on urban radio.

21      13.   The song exploded in popularity the following summer as
22  various celebrities, including Rihanna, Chris Brown, and Wiz Khalifa
23  posted themselves performing the dance on social media.  By the end of
24  the 2015 summer, the Milly Rock music video had over one million
25  views on YouTube and thousands of people began posting their own
26  videos showing themselves performing the Milly Rock.  The video now
27  has nearly 18 million views on YouTube.  The video can be found at
28  https://www.youtube.com/watch?v=PMzDoFuVgRg.

14.    Since its release in 2014 and its rise to fame in 2015, the Milly Rock song and dance maintained its popularity.    Ferguson continues to successfully use the Milly Rock commercially.    Ferguson performs the Milly Rock song and dance at concerts, events and festivals.    Indeed, in 2015, the recording artist, Jacques Webster II, also known as Travis Scott, performed the Milly Rock, alongside Ferguson, at the popular Summer Jam Festival.    Moreover, other artists have sought and been granted licenses from Ferguson in exchange for compensation to perform the Milly Rock in their concerts and performances.

15.    The Milly Rock has become synonymous with Ferguson, who is unanimously credited with creating the dance that bears his stage name, and who performs the Milly Rock song and dance at every performance.    Ferguson has also been interviewed several times about the creation of the Milly Rock and how to properly perform it.    Accordingly, the Milly Rock is a part of Ferguson's identity and the dance's unique movements readily evoke imagery of Ferguson's Milly Rock music video.

**B.    Fortnite:  The Most Popular Video Game Ever**

16.    Even prior to releasing Fortnite, which would become among the most popular and successful video games ever, Epic had already developed two popular video game franchises:  Unreal and Gears of War.  Since releasing the first Gears of War game in 2005, Epic released several subsequent Gears of War video games, and the franchise has made has made over $1 billion in total sales.

17.    At or around 2011, following the release of the third Gears of War installment, Fortnite began from an Epic internal video game hackathon, or a gathering of Epic developers to brainstorm ideas and

1   create games in a short period.  Although the Fortnite game was not

2   developed during the hackathon, the idea to merge building games (*i.e.*,

3   Minecraft) and shooter games (*i.e.*, Gears of War or Call of Duty)

4   emerged during the Hackathon.

5   18.   On or around July 2017, Epic released the initial version of

6   Fortnite as a paid early-access video game.  However, by September

7   2017, after PlayerUnknown's Battlegrounds—a game which occupied

8   the same "battle royale" genre as Fortnite—became a worldwide

9   success, Epic released Fortnite Battle Royale, a free-to-play battle

10  royale third person shooting game on the Windows, macOS, PlayStation

11  4 and Xbox One platforms.  Epic subsequently released Fortnite on the

12  iOS, Nintendo and Android platforms on April 2, 2018, June 12, 2018,

13  and August 9, 2018, respectively.

14  19.   Similar to PlayerUnknown's Battlegrounds, Fortnite

15  utilizes the battle royale format where up to 100 players, alone, in pairs,

16  or groups, compete to be the last player or group alive.

17  20.   As a free-to-play video game, Epic allows players to

18  download and play Fortnite for free.  Fortnite is supported by in-game

19  transactions where players can purchase virtual currency, called

20  "Vinderbucks" or "V-Bucks."   The players in turn use V-Bucks to

21  purchase customizations for their in-game avatars, including new

22  characters, pickaxe modifications, glider skins, clothes and emotes

23  (dances or movements).  Fortnite also sells "Battle Passes" or additional

24  levels that allow you to unlock skins, gliders, and emotes unique to that

25  Pass.  Fortnite offers four pricing levels for purchasing V-Bucks:

26       1) 1,000 V-Bucks for $9.99;

27       2) 2,500 (+300 Bonus) V-Bucks for $24.99;

28       3) 6,000 (+1,500 Bonus) V-Bucks for $59.99; or

1               4) 10,000 (+3,500 Bonus) V-Bucks for $99.99.

2         21.    There are four types of emotes:  common emotes, uncommon

3    emotes, rare emotes, and epic emotes.  The rarer the emote, the more

4    expensive or harder it is to obtain.  Uncommon emotes cost 200 V-

5    Bucks.  Rare emotes cost 500 V-Bucks.  And Epic emotes cost 800 V-

6    Bucks.

7         22.    To start, Fortnite provides each player with the Dance

8    Moves emote, a common emote, for no compensation.  Players can then

9    obtain other emotes by purchasing and playing additional levels in

10   Battle Passes (950 V-Bucks each) that come with emotes unique to that

11   Pass, or by purchasing certain emotes directly with V-Bucks.  On some

12   occasions, Fortnite sells Battle Pass emotes directly, without requiring

13   the player to purchase the Battle Pass.

14        23.    Emotes are incredibly popular and are fundamental to

15   Fortnite's success.  Players purchase emotes, alongside clothing and

16   skins, to personalize their Fortnite experience.  Emotes have also

17   become popular outside Fortnite.  Professional athletes in soccer and

18   other sports have based their celebrations on Fortnite emotes.  Young

19   adults, teenagers, and kids also post videos of themselves on YouTube

20   and social media performing emotes under various hashtags, including

21   #fortnitedance or #fortnitevideos.

22        24.    Upon information and belief, Epic creates emotes by copying

23   and coding dances and movements directly from popular videos, movies,

24   and television shows without consent.  Epic does so by coding still

25   frames of the source material.  For example, upon and information and

26   belief, Epic coded the "Ride the Pony" emote, frame-by-frame, from the

27   "Gangnam Style" dance made famous by the Korean entertainer, Psy.

28   The Ride the Pony emote and Psy's dance are identical in every respect.

On information and belief, Epic did not obtain Psy's authorization for copying the dance and including it in Fortnite.

25.    However, Epic has consistently sought to exploit African-American talent in particular in Fortnite by copying their dances and movements.  Epic has copied the dances and movements of numerous African-American performers, including, for example, the dance from the 2004 Snoop Dogg music video, "Drop It Like It's Hot" (named the "Tidy" emote), Alfonso Ribeiro's performance of his famous "Carlton" dance on The Fresh Prince of Bel-Air television show (named the "Fresh" emote), the dance performed by Will Smith on the same television show (named the "Rambunctious" emote), the dance in Marlon Webb's popular "Band of the Bold" video (named the "Best Mates" emote), Donald Faison's signature dance seen on the NBC television show Scrubs (named the "Dance Moves" emote), and, most pertinent here, Terrence Ferguson's Milly Rock dance.    Upon information and belief, Epic did not seek consent or authorization to use any of these movements or dances.

26.    Soon after its release, Fortnite became an international phenomenon.  The game eclipsed 10 million players merely two weeks after its release; 125 million players by July 2018.  In November 2018, Bloomberg announced that Fortnite had 200 million player accounts across all platforms.

27.    Fortnite's popularity has translated into record sales for Epic.  Analysts have estimated that since its release, Fortnite has generated between $1 billion to $2 billion in revenue through in-game purchases such as emotes.  In May 2018, Fortnite broke its own record by generating approximately $318 million in revenue, the biggest month ever for a video game.  In fact, nearly 80 million people played

1    Fortnite in August 2018.  Because of Fortnite's success, Epic's estimated
2    valuation rose from about $825 million to about $5 billion.  Bloomberg
3    estimates that Epic's valuation could grow to $8.5 billion by 2018's end.

4        28.    Upon  information  and  belief,  Epic  will  likely  continue
5    adding  popular  emotes  to  Fortnite  without  the  artists'  or  creators'
6    consent or approval to attract more players and add to its ever-growing
7    revenue.

8    **C.    Fortnite's Unauthorized Use of the Milly Rock**

9        29.    On July 12, 2018, Fortnite released its Season 5 Battle Pass.
10   Players  could  purchase  the  Battle  Pass,  alongside  its  accompanying
11   emotes and other customizations, for the regular price of 950 V-Bucks.
12   As part of the Season 5 Pass, Fortnite offered a new rare emote that it
13   called "Swipe It."  According to Fortnite, players can obtain the Swipe
14   It emote as a reward from Tier 63 of the Season 5 Battle Pass.  Also, on
15   certain occasions, Fortnite sold the Swipe It emote separately for 500
16   V-Bucks.

17       30.    The "Swipe It" emote is identical to Ferguson's Milly Rock
18   dance.   If  obtained  or  purchased,  the  Fortnite  player's  avatar  can
19   perform the dance during Fortnite gameplay.  The reaction from many
20   players  worldwide  was  immediate  recognition  of  the  emote  as
21   embodying the "Milly Rock" while others likely believed it was Epic's
22   original creation.

23       31.    Upon information and belief, Epic intentionally developed
24   the Swipe It emote to intentionally mimic Ferguson performing the
25   Milly Rock.  In fact, players had asked for it by name in various online
26   forums relating to Fortnite.

27

28

32.   Epic did not seek to obtain Ferguson's authorization or consent for its use of his likeness and the Milly Rock for the Swipe It emote.

33.   Moreover, Ferguson did not give Epic express or implied consent for its use of his likeness and the Milly Rock for the Swipe It emote.  Epic also did not compensate Ferguson for its use of his likeness and the Milly Rock for the Swipe It emote.

34.   Upon information and belief, Epic added the Swipe It emote to intentionally exploit the popularity of Ferguson, Ferguson's Milly Rock song, and the Milly Rock dance without providing Ferguson any form of compensation.

35.   Epic profited from its improper misappropriation of the Milly Rock and Ferguson's likeness by, *inter alia*:   1) selling the infringing Swipe It emote directly to players; 2) selling the Season 5 Battle Pass that contains the Swipe It emote; 3) advertising the Swipe It emote to attract additional players, including 2 Milly's fans or those persons familiar with the Milly Rock to play Fortnite and make in-game purchases; 4) staying relevant to its current players to incentivize those players to continue playing Fortnite; 5) impliedly representing that Ferguson consented to Epic's use of his likeness; 6) erroneously cause the association of the Swipe It with the Milly Rock; 7) creating the false impression that 2 Milly endorsed Fortnite; and 8) inducing and/or contributing to Fortnite players' avatars performing the Milly Rock dance.

36.   Upon information and belief, Epic uses the Milly Rock, and other dances, to create the false impression that Epic started these dances and crazes or that the artist who created them is endorsing the game.  Indeed, players have posted thousands of videos of themselves

performing the "Swipe It" emote with the hashtag, #fortnitedance, without referencing the Milly Rock or crediting Ferguson as the dance's creator and owner.  Accordingly, upon information and belief, Epic actively and knowingly directs, causes, induces, and encourages others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Ferguson's likeness and the Milly Rock dance.

37.   Ferguson has stated in interviews that he does not consent or approve Epic's use of his likeness and the Milly Rock for the Swipe It emote.  Other prominent artists, including Chancelor Bennett, known as Chance the Rapper, have also publicly disapproved of Epic's practices, and advocated for Epic sharing profits with the artists that created these dances.

38.   Accordingly, Epic made a fortune from unlawfully and unfairly misappropriating Ferguson's and other artists' creative expression and likeness without crediting or compensating these artists.  Ferguson thus bring this lawsuit to prevent Fortnite from further using his likeness and the Milly Rock, and to recover the profits rightfully owed to him.

## FIRST CAUSE OF ACTION

### (For Direct Infringement of Copyright Against All Defendants)

39.   Ferguson hereby repeats and realleges the allegations set forth in paragraphs 1 through 38, above, as though fully set forth herein.

40.   On or around August 2014, Ferguson's "Milly Rock" music video was published to YouTube where it can be accessed by millions of people.  The Milly Rock music video shows Ferguson, as 2 Milly, rapping and performing the Milly Rock dance with his friends.

1    41.    Ferguson is the undisputed creator of the wildly popular and
2  immediately recognizable Milly Rock dance.  Ferguson's videos are the
3  original depictions of the Milly Rock dance.

4    42.    Ferguson is in the process of registering the Milly Rock
5  dance with the United States Copyright Office.  On December 4, 2018,
6  Ferguson submitted an application for copyright registration of the
7  Milly Rock dance and assigned Copyright Office case number 1-
8  7192939861.

9    43.    Defendants have infringed and continue to infringe
10 Ferguson's copyrights in the Milly Rock by selling the Milly Rock dance
11 emote as an in-game purchase, under the name "Swipe It" that, if
12 purchased, a player can use to make his or her avatar perform during
13 Fortnite gameplay; substantially copying the Milly Rock in digital form
14 to the Fortnite game; advertising the Milly Rock in its promotional
15 materials; and creating the Swipe It emote as a derivative work of the
16 Milly Rock.

17   44.    Defendants did not seek to obtain Ferguson's permission for
18 its use of the Milly Rock for the Swipe It emote.  Nor have Defendants
19 compensated or credited Ferguson for their use of the Milly Rock.

20   45.    Moreover, Defendants actively and knowingly directed,
21 caused, induced, and encouraged others, including, but not limited to,
22 its players, designers, suppliers, distributors, resellers, software
23 developers, and repair providers, to misappropriate Ferguson's likeness
24 and the Milly Rock dance.

25   46.    Defendants' acts of infringement have been willful,
26 intentional, and purposeful, in disregard of and with indifference to
27 Plaintiff's rights.

28

**Complaint**

47.    Defendants' willful and continued unauthorized use of the Milly Rock for commercial gain has caused and will continue to cause confusion and mistake by leading the public to erroneously associate the Swipe It emote offered by Epic with the Milly Rock in violation of 17 U.S.C. §§ 101 et seq.

48.    As a result of Defendants' conduct, Ferguson has been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Ferguson's exclusive copyrights in the Milly Rock dance in Fortnite.

49.    Ferguson is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Milly Rock and engaging in other acts in violation of Copyright law.

50.    As a direct and proximate result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Ferguson is also entitled to recover damages, including attorneys' fees, and any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

51.    In doing the acts herein alleged, Defendants acted fraudulently, willfully, and with malice, and Ferguson is therefore entitled to punitive damages according to proof at the time of trial.

## SECOND CAUSE OF ACTION

### (For Contributory Infringement of Copyright Against All Defendants)

52.    Ferguson hereby repeats and realleges the allegations set forth in paragraphs 1 through 51, above, as though fully set forth herein.

53.   Ferguson is in the process of registering the Milly Rock dance with the United States Copyright Office.  On December 4, 2018, Ferguson submitted an application for copyright registration of the Milly Rock dance and assigned Copyright Office case number 1-7192939861.

54.   Defendants have infringed and continue to infringe Ferguson's copyrights in the Milly Rock by selling the Milly Rock dance emote as an in-game purchase, under the name "Swipe It" that, if purchased, a player can use to make his or her avatar perform during Fortnite gameplay; substantially copying the Milly Rock in digital form to the Fortnite game; advertising the Milly Rock in its promotional materials; and creating the Swipe It emote as a derivative work of the Milly Rock.

55.   By providing the Swipe It emote necessary for its players to commit direct copyright infringement, Defendants has and continues to materially contribute to the unauthorized reproductions and distributions by its players of the Milly Rock.

56.   Defendants did not seek to obtain Ferguson's permission for its use of the Milly Rock for the Swipe It emote.  Nor have Defendants compensated or credited Ferguson for their use of the Milly Rock.

57.   Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Ferguson's likeness and the Milly Rock dance.

58.   Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

59. Defendants' willful and continued unauthorized use of the Milly Rock for commercial gain has caused and will continue to cause confusion and mistake by leading the public to erroneously associate the Swipe It emote offered by Epic with the Milly Rock in violation of 17 U.S.C. §§ 101 et seq.

60. As a result of Defendants' conduct, Ferguson has been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Ferguson's exclusive copyrights in the Milly Rock dance in Fortnite.

61. Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot be compensated or measured in money. Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief, prohibiting further contributory infringements of Plaintiff's copyrights.

62. As a direct and proximate result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Ferguson is also entitled to recover damages, including attorneys' fees, and any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

63. In doing the acts herein alleged, Defendants acted fraudulently, willfully, and with malice, and Ferguson is therefore entitled to punitive damages according to proof at the time of trial.

**THIRD CAUSE OF ACTION**

**(For Violation of the Right of Publicity Under California Common Law Against All Defendants)**

64.   Ferguson hereby repeats and realleges the allegations set forth in paragraphs 1 through 63, above, as though fully set forth herein.

65.   Through their use of Milly Rock dance as an in-game dance emote that can be purchased, Defendants misappropriated Ferguson's identity.  The Swipe it emote depicts Ferguson performing the Milly Rock dance.  Upon information and belief, Defendants created the Swipe It emote by capturing and digitally copying Ferguson performing the Milly Rock.  Defendants then utilized the digital copy to create code that, if purchased, allows player avatars to perform the Milly Rock dance.

66.   Defendants did not seek or obtain Ferguson's authorization or consent for its use of his likeness for the Swipe It emote.  Nor have Defendants compensated or credited Ferguson for their use of the Milly Rock.

67.   Defendants used Ferguson's likeness to generate significant wealth by:  1) selling the infringing Swipe It emote directly to players; 2) selling the Season 5 Battle Pass that contains the Swipe It emote; 3) advertising the Swipe It emote to attract additional players, including 2 Milly's fans or those persons familiar with the Milly Rock to play Fortnite and make in-game purchases; 4) staying relevant to its current players to incentivize those players to continue playing Fortnite; 5) impliedly representing that Ferguson consented to Epic's use of his likeness; 6) erroneously cause the association of the Swipe It with the Milly Rock; 7) creating the false impression that 2 Milly endorsed Fortnite; and 8) inducing and/or contributing to Fortnite players' avatars performing the Milly Rock dance.

1    68.    As the rapper, 2 Milly, Ferguson exploits his identity by
2  performing at concerts, events and festivals.  Ferguson was damaged by
3  Defendants' conduct as he was prevented from reaping the profits of
4  licensing his likeness to Defendants for commercial gain.

5    69.    Defendants' conduct caused and will continue to cause
6  confusion and mistake by leading the public to erroneously believe that
7  Ferguson consented to the use of his likeness in the Fortnite game.

8    70.    Ferguson is entitled to permanent injunctive relief
9  preventing Defendants, and their officers, agents, and employees, and
10  all related persons from further using his likeness.

11    71.    Ferguson is also entitled to recover damages, including any
12  profits obtained by Defendants as a result of the infringements alleged
13  above, in an amount according to proof to be determined at the time of
14  trial.

15              **FOURTH CAUSE OF ACTION**
16  **(For Violation of the Right of Publicity Under Cal. Civ. Code §**
17              **3344 Against All Defendants)**

18    72.    Ferguson hereby repeats and realleges the allegations set
19  forth in paragraphs 1 through 71, above, as though fully set forth
20  herein.

21    73.    Through their use of Milly Rock dance as an in-game dance
22  emote that can be purchased, Defendants misappropriated Ferguson's
23  identity.  The Swipe it emote depicts Ferguson performing the Milly
24  Rock dance.  Upon information and belief, Defendants created the
25  Swipe It emote by capturing and digitally copying Ferguson performing
26  the Milly Rock.  Defendants then utilized the digital copy to create code
27  that, if purchased, allows player avatars to perform the Milly Rock
28  dance.

1    74.    Defendants did not seek or obtain Ferguson's authorization
2    or consent for its use of his likeness for the Swipe It emote.  Nor have
3    Defendants compensated or credited Ferguson for their use of the Milly
4    Rock.

5    75.    Defendants used Ferguson's likeness to generate significant
6    wealth by:  1) selling the infringing Swipe It emote directly to players;
7    2) selling the Season 5 Battle Pass that contains the Swipe It emote; 3)
8    advertising the Swipe It emote to attract additional players, including
9    2 Milly's fans or those persons familiar with the Milly Rock to play
10   Fortnite and make in-game purchases; 4) staying relevant to its current
11   players to incentivize those players to continue playing Fortnite; 5)
12   impliedly representing that Ferguson consented to Epic's use of his
13   likeness; 6) erroneously cause the association of the Swipe It with the
14   Milly Rock; 7) creating the false impression that 2 Milly endorsed
15   Fortnite; and 8) inducing and/or contributing to Fortnite players'
16   avatars performing the Milly Rock dance.

17   76.    As the rapper, 2 Milly, Ferguson exploits his identity by
18   performing at concerts, events and festivals.  Ferguson was damaged by
19   Defendants' conduct as he was prevented from reaping the profits of
20   licensing his likeness to Defendants for commercial gain.

21   77.    Defendants' conduct caused and will continue to cause
22   confusion and mistake by leading the public to erroneously believe that
23   Ferguson consented to the use of his likeness in the Fortnite game.

24   78.    Ferguson is entitled to permanent injunctive relief
25   preventing Defendants, and their officers, agents, and employees, and
26   all related persons from further using his likeness.

27   79.    Ferguson is also entitled to recover damages, including any
28   profits obtained by Defendants as a result of the infringements alleged

1  above, in an amount according to proof to be determined at the time of
2  trial.

## FIFTH CAUSE OF ACTION

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

5  80.  Ferguson hereby repeats and realleges the allegations set
6  forth in paragraphs 1 through 79, above, as though fully set forth
7  herein.

8  81.  By misappropriating Ferguson's copyright and likeness
9  through the improper use of the Milly Rock dance, Defendants have
10  engaged in business acts or practices that constitute unfair competition
11  in violation of Cal. Bus. & Prof. Code. § 17200.

12  82.  As a result of Defendants' violations, Defendants have
13  unjustly enriched themselves by:  1) selling the infringing Swipe It
14  emote directly to players; 2) selling the Season 5 Battle Pass that
15  contains the Swipe It emote; 3) advertising the Swipe It emote to attract
16  additional players, including 2 Milly's fans or those persons familiar
17  with the Milly Rock to play Fortnite and make in-game purchases; 4)
18  staying relevant to its current players to incentivize those players to
19  continue playing Fortnite; 5) impliedly representing that Ferguson
20  consented to Epic's use of the Milly Rock and his likeness; 6) erroneously
21  cause the association of the Swipe It with the Milly Rock; 7) creating
22  the false impression that 2 Milly endorsed Fortnite; and 8) inducing
23  and/or contributing to Fortnite players' avatars performing the Milly
24  Rock dance.

25  83.  As a result of Defendants' conduct, Ferguson has been
26  damaged by being precluded from receiving his rightful share of the
27  profits from selling or licensing his exclusive copyright in the Milly Rock
28  dance.

84.     Moreover, Ferguson was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness to Defendants for commercial gain.

85.     Ferguson is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using his likeness.

86.     Ferguson is also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

# PRAYER FOR RELIEF

**As to the First Cause of Action:**

1.     For an order restraining Defendants from using, selling, or displaying Ferguson's copyright in its Fortnite game;

2.     For an award of damages according to proof;

3.     For punitive and/or exemplary damages;

4.     For attorney's fees and costs;

**As to the Second Cause of Action:**

5.     For an order restraining Defendants from using, selling, or displaying Ferguson's copyright in its Fortnite game;

6.     For an award of damages according to proof;

7.     For punitive and/or exemplary damages;

8.     For attorney's fees and costs;

**As to the Third Cause of Action:**

9.     For an order restraining Defendants from using Ferguson's likeness in its Fortnite game;

10.     For an award of damages according to proof;

**Complaint**

1    **As to the Fourth Cause of Action:**

2         11.    For an order restraining Defendants from using, selling, or

3    displaying Ferguson's copyright in its Fortnite game;

4         12.    For an award of damages according to proof; and

5         13.    For punitive and/or exemplary damages;

6    **As to the Fifth Cause of Action:**

7         14.    For an order restraining Defendants from using, selling, or

8    displaying Ferguson's copyright in its Fortnite game;

9         15.    For an award of damages according to proof; and

10   **As to All Causes of Action:**

11        16.    For costs of suit; and

12        17.    For such other and further relief as the Court may deem

13   proper.

14

15   Dated: December 5, 2018          Respectfully Submitted,

16                                    **Pierce Bainbridge Beck Price &**
                                      **Hecht LLP**
17

18

19                                    By:  _/s/ Carolynn Beck_____

20                                    Carolynn Beck
                                      *Attorneys for Plaintiff Terrence*
21                                    *Ferguson*

22

23

24

25

26

27

28

1

**JURY TRIAL**

2     Plaintiff Terrence Ferguson requests a trial by jury on all issues to

3  which it is entitled a jury.

4

5  Dated: December 5, 2018          Respectfully Submitted,

6                                  **Pierce Bainbridge Beck Price &**
7                                  **Hecht LLP**

8                                  By:  _/s/ Carolynn Beck_
9                                  Carolynn Beck

10                                 John M. Pierce (SBN 250443)
11                                 jpierce@piercebainbridge.com
                                   Carolynn Beck (SBN 264703)
12                                 cbeck@piercebainbridge.com
13                                 Daniel Dubin(SBN 313235)
14                                 ddubin@piercebainbridge.com
                                   600 Wilshire Boulevard, Suite 500
15                                 Los Angeles, California 90017-3212
16                                 (213) 337-0065

17                                 David L. Hecht (NY4695961) (*pro*
18                                 *hac* vice admission pending)
                                   dhecht@piercebainbridge.com
19                                 Maxim Price (NY684858) (*pro hac*
20                                 *vice* admission pending)
                                   mprice@piercebainbridge.com
21                                 Yi Wen Wu (NY5294475) (*pro hac*
22                                 *vice* admission pending)
                                   wwu@piercebainbridge.com
23                                 20 West 23rd Street, Fifth Floor
24                                 New York, New York 10010
25                                 (212) 484-9866

26                                 *Attorneys for Plaintiff Terrence*
27                                 *Ferguson*

28

– 21 –
**Complaint**