**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Carolynn Kyungwon Beck (SBN 264703)
cbeck@piercebainbridge.com
Daniel Dubin (SBN 313235)
ddubin@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 262-9333

*Attorneys for*
*Plaintiff Terrence Ferguson*

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Terrence Ferguson,** an individual, aka 2 Milly,<br><br>      Plaintiff,<br><br>    v.<br><br>**Epic Games, Inc.**, a North Carolina corporation; and **Does 1 through 50**, inclusive,<br><br>      Defendants. | Case No. 2:18-cv-10110-AS<br><br>**First Amended Complaint**<br><br>1.  **Direct Infringement of Copyright;**<br>2.  **Contributory Infringement of Copyright;**<br>3.  **Violation of the Right of Publicity under California Common Law;**<br>4.  **Violation of the Right of Publicity under Cal. Civ. Code § 3344;**<br>5.  **Unfair Competition under Cal. Bus. & Prof. Code § 17200, et seq.**<br>6.  **Unfair Competition under 15 U.S.C. § 1125(a)**<br><br>**Demand for Jury Trial** |

1    Plaintiff Terrence Ferguson, aka 2 Milly, ("Plaintiff" or "Ferguson"),
2  by and through his undersigned counsel, asserts the following claims
3  against Defendant Epic Games, Inc. ("Epic") and Does 1 through 50
4  (collectively referred to as "Defendants"), and alleges as follows:

5                              **I.  OVERVIEW**

6    1.    Through its unauthorized misappropriation of Ferguson's
7  highly popular signature dance, the "Milly Rock," in its smash-hit,
8  violent video game, Fortnite Battle Royale ("Fortnite"), Epic has
9  unfairly profited from exploiting Ferguson's protected creative
10 expression, likeness and celebrity, and trademark without his consent
11 or authorization.

12   2.    Ferguson, also known by the alter ego and stage name, "2
13 Milly," is a professional rapper, who created the self-named Milly Rock
14 dance, which exploded in popularity following Ferguson's 2014 release
15 of his hit song, also titled, "Milly Rock," and its accompanying music
16 video that demonstrates the dance.  The Milly Rock is now inextricably
17 linked to Ferguson and has continued to be a part of his celebrity
18 persona.

19   3.    Defendants capitalized on Ferguson's celebrity and the Milly
20 Rock's popularity, particularly with its younger fans, by selling the
21 Milly Rock as an in-game purchase in Fortnite under the name "Swipe
22 It," which players can buy to customize their avatars for use in the
23 game.  Although misleadingly labeled in Fortnite, the dance was
24 immediately recognized by players and media worldwide as the Milly
25 Rock.  Epic did not seek, much less obtain, Ferguson's consent to use,
26 display, reproduce, sell, or create a derivative work based upon
27 Ferguson's Milly Rock dance or his likeness.

28

**First Amended Complaint**

1    4.    Since being released in or around September 2017, Fortnite
2    has become among the most popular video games ever with sales far in
3    excess of $1 billion.  Indeed, Fortnite made approximately $318 million
4    in May 2018 alone, the "biggest month ever for a video game."  As a free-
5    to-play game, Fortnite derives its sales through in-game purchases.
6    Epic cannot profit from Ferguson's hard-earned fame by its intentional
7    misappropriation of Ferguson's original content or likeness.   Epic
8    cannot increase the value of its main product by faking endorsements
9    by celebrities.  Ferguson seeks injunctive relief and damages, including,
10   but not limited to, Epic's profits attributed to its misappropriation of
11   the Milly Rock and Ferguson's likeness.

12                    **II.  THE PARTIES**

13   5.    Ferguson resides in Brooklyn, New York.  He is better
14   known as the popular rapper, 2 Milly.

15   6.    Epic is a North Carolina business corporation with its
16   principal place of business at 620 Crossroads Boulevard, Cary, NC
17   27518.  Epic is the creator and developer of the Fortnite video game
18   franchise, which was first released in July 2017.

19   7.    The true names and identities of the defendants herein sued
20   as Does 1 through 50, inclusive, are unknown to Ferguson, who
21   therefore sues those defendants by such fictitious names.  When the
22   true names of those defendants have been ascertained, Ferguson will
23   amend this complaint accordingly.  Each of the defendants aided and
24   abetted and is responsible in some manner for the occurrences herein
25   alleged, and Ferguson's injuries were proximately caused thereby.

26   8.    At all times herein mentioned, each of the defendants was
27   acting as an agent, servant, employee or representative of defendants,
28   and, in doing the things alleged in this Complaint, was acting within

**First Amended Complaint**

1    the course and scope of that agency, service, employment, or joint

2    venture.

3    ## III. SUBJECT MATTER JURISDICTION AND

4    ## VENUE

5        9.    The Court has subject matter jurisdiction over this action

6    pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332

7    (diversity), and 28 U.S.C. § 1367 (supplemental jurisdiction).

8        10.    Venue is proper in this District under A) 28 U.S.C. §

9    1391(b)(2) (federal question jurisdiction), because a substantial part of

10    the events or omissions giving rise to the claim occurred in this District;

11    and B) 28 U.S.C. §§ 1391(b)(1) and (c) (personal jurisdiction), because

12    all defendants are subject to personal jurisdiction in this State and at

13    least one in this District.

14    ## IV. FACTUAL BACKGROUND

15    **A.**    **2 Milly and the Creation of the Milly Rock**

16        11.    Raised in the New York City borough of Brooklyn, Ferguson

17    has been rapping with his childhood friends since he was 13 years old

18    under the name "2 Milly."  Ferguson's music focuses on his life as a

19    rapper growing up in a rough, predominantly African-American

20    Brooklyn neighborhood, and emphasizes his unique style and

21    perspectives.

22        12.    In 2011, four years before releasing the "Milly Rock" single,

23    Ferguson created a dance, which he later named the Milly Rock after

24    himself, while listening and dancing to music with his friends.  The

25    dance is distinctive and immediately recognizable.

26        13.    Since creating the dance, Ferguson incorporated it into his

27    performances around New York City.  Ferguson also posted videos of

28    himself and his friends, who later formed the rap group, Stack Paper,

1  performing the dance on YouTube and other social media platforms
2  including Instagram and Facebook.

3      14.   In August 2014, Ferguson released "Milly Rock," a rap that
4  celebrates the dance he created years ago.  The song was accompanied
5  by a music video posted on YouTube, where Ferguson is depicted
6  performing the dance that he named after his stage name, 2 Milly, with
7  his friends in his hometown of Brooklyn.  The hook of the song features
8  Ferguson, as 2 Milly, rapping the lyric, "I Milly Rock on any block."  The
9  Milly Rock song made the iTunes top 200 chart in its first week and was
10  the most added single on urban radio.

11      15.   The song exploded in popularity the following summer as
12  various celebrities, including Rihanna, Chris Brown, and Wiz Khalifa
13  posted themselves performing the dance on social media.  By the end of
14  the 2015 summer, the Milly Rock music video had over one million
15  views on YouTube and thousands of people began posting their own
16  videos showing themselves performing the Milly Rock.  The video now
17  has more than 18 million views on YouTube.  The video can be found at
18  https://www.youtube.com/watch?v=PMzDoFuVgRg.

19      16.   Since its release in 2014 and its rise to fame in 2015, the
20  Milly Rock song and dance maintained its popularity.  Ferguson
21  continues to successfully use the Milly Rock commercially.  Ferguson
22  performs the Milly Rock song and dance at concerts, events and
23  festivals.  Indeed, in 2015, the recording artist, Jacques Webster II, also
24  known as Travis Scott, performed the Milly Rock, alongside Ferguson,
25  at the popular Summer Jam Festival.  Moreover, other artists have
26  sought and been granted licenses from Ferguson in exchange for
27  compensation to perform the Milly Rock in their concerts and
28  performances.

**First Amended Complaint**

17.   The Milly Rock has become synonymous with Ferguson, who is unanimously credited with creating the dance that bears his stage name, and who performs the Milly Rock song and dance at every performance.  Ferguson has also been interviewed several times about the creation of the Milly Rock and how to properly perform it.  Accordingly, the Milly Rock is a part of Ferguson's identity and the dance's unique movements readily evoke imagery of Ferguson's Milly Rock music video.

**B.   Fortnite:  The Most Popular Video Game Ever**

18.   Even prior to releasing Fortnite, which would become among the most popular and successful video games ever, Epic had already developed two popular video game franchises:  Unreal and Gears of War.  Since releasing the first Gears of War game in 2006, Epic released several subsequent Gears of War video games, and the franchise has made has made over $1 billion in total sales.

19.   In or around 2011, following the release of the third Gears of War installment, Fortnite began from an Epic internal video game "hackathon," a gathering of Epic developers to brainstorm ideas and create games in a short period.  Although the Fortnite game was not developed during the hackathon, the idea to merge building games (*i.e.*, Minecraft) and shooter games (*i.e.*, Gears of War or Call of Duty) emerged during the hackathon.

20.   In or around July 2017, Epic released the initial version of Fortnite as a paid early-access video game.  However, by September 2017, after PlayerUnknown's Battlegrounds—a game which occupied the same "battle royale" genre as Fortnite—became a worldwide success, Epic released Fortnite Battle Royale, a free-to-play battle royale third person shooting game on the Windows, macOS, PlayStation

**First Amended Complaint**

4 and Xbox One platforms.  Epic subsequently released Fortnite on the iOS, Nintendo and Android platforms on April 2, 2018, June 12, 2018, and August 9, 2018, respectively.

21.   Similar to PlayerUnknown's Battlegrounds, Fortnite utilizes the battle royale format where up to 100 players, alone, in pairs, or groups, compete to be the last player or group alive.  Indeed, similar to Battlegrounds and Gears of War, Fortnite features the use of weapons and violence, that players use to eliminate the competition by attacking and shooting them.

22.   As a free-to-play video game, Epic allows players to download and play Fortnite for free.  Fortnite is supported by in-game transactions where players can purchase virtual currency, called "Vinderbucks" or "V-Bucks."  The players in turn use V-Bucks to purchase customizations for their in-game avatars, including new characters, pickaxe modifications, glider skins, clothes, and emotes (dances or movements).  Fortnite also sells "Battle Passes" or additional levels that allow you to unlock skins, gliders, and emotes unique to that Pass.  Fortnite offers four pricing levels for purchasing V-Bucks:

          1) 1,000 V-Bucks for $9.99;

          2) 2,500 (+300 Bonus) V-Bucks for $24.99;

          3) 6,000 (+1,500 Bonus) V-Bucks for $59.99; or

          4) 10,000 (+3,500 Bonus) V-Bucks for $99.99.

23.   There are four types of emotes:  common emotes, uncommon emotes, rare emotes, and epic emotes.  The rarer the emote, the more expensive or harder it is to obtain.  Uncommon emotes cost 200 V-Bucks.  Rare emotes cost 500 V-Bucks.  And Epic emotes cost 800 V-Bucks.

**First Amended Complaint**

24.   To start, Fortnite provides each player with the Dance Moves emote, a common emote, for no compensation.  Players can then obtain other emotes by purchasing and playing additional levels in Battle Passes (950 V-Bucks each) that come with emotes unique to that Pass, or by purchasing certain emotes directly with V-Bucks.  On some occasions, Fortnite sells Battle Pass emotes directly, without requiring the player to purchase the Battle Pass.

25.   Emotes are incredibly popular and are fundamental to Fortnite's success.  Players purchase emotes, alongside clothing and skins, to personalize their Fortnite experience.  Emotes have also become popular outside Fortnite.  Professional athletes in soccer and other sports have based their celebrations on Fortnite emotes.  Young adults, teenagers, and kids also post videos of themselves on YouTube and social media performing emotes under various hashtags, including #fortnitedance or #fortnitevideos.

26.   Upon information and belief, Epic creates emotes by copying and coding dances and movements directly from popular videos, movies, and television shows without consent.  Epic does so by coding still frames of the source material.

27.   Epic has consistently sought to exploit African-American talent in particular in Fortnite by copying their dances and movements. Epic has copied the dances and movements of numerous African-American performers, including, for example, the dance from the 2004 Snoop Dogg music video, "Drop It Like It's Hot" (named the "Tidy" emote), Alfonso Ribeiro's performance of his famous "Carlton" dance (named the "Fresh" emote), the dance performed by Will Smith on the same television show (named the "Rambunctious" emote), the dance in Marlon Webb's popular "Band of the Bold" video (named the "Best

Mates" emote), Donald Faison's signature dance seen on the NBC television show Scrubs (named the "Dance Moves" emote), and, most pertinent here, Terrence Ferguson's Milly Rock dance.   Upon information and belief, Epic did not seek consent or authorization to use any of these movements or dances.

28.   Soon after its release, Fortnite became an international phenomenon.  The game eclipsed 10 million players merely two weeks after its release; 125 million players by July 2018.  In November 2018, Bloomberg announced that Fortnite had 200 million player accounts across all platforms.

29.   Fortnite's popularity has translated into record sales for Epic.   Analysts have estimated that since its release, Fortnite has generated between $1 billion to $2 billion in revenue through in-game purchases such as emotes.  In May 2018, Fortnite broke its own record by generating approximately $318 million in revenue, the biggest month ever for a video game.  In fact, nearly 80 million people played Fortnite in August 2018.  Because of Fortnite's success, Epic's estimated valuation rose from about $825 million to about $5 billion.  Bloomberg estimates that Epic's valuation could grow to $8.5 billion by 2018's end.

30.   Upon information and belief, Epic will likely continue adding popular emotes to Fortnite without the artists' or creators' consent or approval to attract more players and add to its ever-growing revenue.

## C.   Fortnite's Unauthorized Use of the Milly Rock

31.   On July 12, 2018, Fortnite released its Season 5 Battle Pass. Players could purchase the Battle Pass, alongside its accompanying emotes and other customizations, for the regular price of 950 V-Bucks. As part of the Season 5 Pass, Fortnite offered a new rare emote that it

called "Swipe It."  According to Fortnite, players can obtain the Swipe It emote as a reward from Tier 63 of the Season 5 Battle Pass.  Also, on certain occasions, Fortnite sold the Swipe It emote separately for 500 V-Bucks.

32.    The "Swipe It" emote is identical to Ferguson's Milly Rock dance.  If obtained or purchased, the Fortnite player's avatar can perform the dance during Fortnite gameplay.  The reaction from many players worldwide was immediate recognition of the emote as embodying the "Milly Rock" while others likely believed it was Epic's original creation.

33.    Upon information and belief, Epic intentionally developed the Swipe It emote to intentionally mimic Ferguson performing the Milly Rock.  In fact, players had asked for it by name in various online forums relating to Fortnite.

34.    Epic did not seek to obtain Ferguson's authorization or consent for its use of his likeness and the Milly Rock for the Swipe It emote.

35.    Moreover, Ferguson did not give Epic express or implied consent for its use of his likeness and the Milly Rock for the Swipe It emote.  Epic also did not compensate Ferguson for its use of his likeness and the Milly Rock for the Swipe It emote.

36.    Upon information and belief, Epic added the Swipe It emote to intentionally exploit the popularity of Ferguson, Ferguson's Milly Rock song, and the Milly Rock dance without providing Ferguson any form of compensation.

37.    Epic profited from its improper misappropriation of the Milly Rock and Ferguson's likeness by, *inter alia*:   1) selling the infringing Swipe It emote directly to players; 2) selling the Season 5

1   Battle Pass that contains the Swipe It emote; 3) advertising the Swipe
2   It emote to attract additional players, including 2 Milly's fans or those
3   persons familiar with the Milly Rock to play Fortnite and make in-game
4   purchases; 4) staying relevant to its current players to incentivize those
5   players to continue playing Fortnite; 5) impliedly representing that
6   Ferguson consented to Epic's use of his likeness; 6) erroneously cause
7   the association of the Swipe It with the Milly Rock; 7) creating the false
8   impression that 2 Milly endorsed Fortnite; and 8) inducing and/or
9   contributing to Fortnite players' avatars performing the Milly Rock
10  dance.

11      38.   Upon information and belief, Epic uses the Milly Rock, and
12  other dances, to create the false impression that Epic started these
13  dances and crazes or that the artist who created them is endorsing the
14  game.   Indeed, players have posted thousands of videos of themselves
15  performing the "Swipe It" emote with the hashtag, #fortnitedance,
16  without referencing the Milly Rock or crediting Ferguson as the dance's
17  creator and owner.   Accordingly, upon information and belief, Epic
18  actively and knowingly directs, causes, induces, and encourages others,
19  including, but not limited to, its players, designers, suppliers,
20  distributors, resellers, software developers, and repair providers, to
21  misappropriate Ferguson's likeness and the Milly Rock dance.

22      39.   Ferguson has stated in interviews that he does not consent
23  to or approve of Epic's use of his likeness and the Milly Rock for the
24  Swipe It emote.   Other prominent artists, including Chancelor Bennett,
25  known as Chance the Rapper, have also publicly disapproved of Epic's
26  practices, and advocated for Epic sharing profits with the artists that
27  created these dances.

28

40.    Accordingly, Epic made a fortune from unlawfully and unfairly misappropriating Ferguson's and other artists' creative expression and likeness without crediting or compensating these artists.   Ferguson thus bring this lawsuit to prevent Fortnite from further using his likeness and the Milly Rock, and to recover the profits rightfully owed to him.

## FIRST CAUSE OF ACTION

**(For Direct Infringement of Copyright Against All Defendants)**

41.    Ferguson hereby repeats and realleges the allegations set forth in paragraphs 1 through 40, above, as though fully set forth herein.

42.    On or around August 2014, Ferguson's "Milly Rock" music video was published to YouTube where it can be accessed by millions of people.  The Milly Rock music video shows Ferguson, as 2 Milly, rapping and performing the Milly Rock dance with his friends.

43.    Ferguson is the undisputed creator of the wildly popular and immediately recognizable Milly Rock dance.  Ferguson's videos are the original depictions of the Milly Rock dance.

44.    Ferguson is in the process of registering the Milly Rock dance with the United States Copyright Office.  On December 4, 2018, Ferguson submitted an application for copyright registration of the Milly Rock dance and assigned Copyright Office case number 1-7192939861.

45.    Defendants have infringed and continue to infringe Ferguson's copyrights in the Milly Rock by selling the Milly Rock dance emote as an in-game purchase, under the name "Swipe It" that, if purchased, a player can use to make his or her avatar perform during Fortnite gameplay; substantially copying the Milly Rock in digital form

to the Fortnite game; advertising the Milly Rock in its promotional materials; and creating the Swipe It emote as a derivative work of the Milly Rock.

46.   Defendants did not seek to obtain Ferguson's permission for its use of the Milly Rock for the Swipe It emote.  Nor have Defendants compensated or credited Ferguson for their use of the Milly Rock.

47.   Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Ferguson's likeness and the Milly Rock dance.

48.   Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

49.   Defendants' willful and continued unauthorized use of the Milly Rock for commercial gain has caused and will continue to cause confusion and mistake by leading the public to erroneously associate the Swipe It emote offered by Epic with the Milly Rock in violation of 17 U.S.C. §§ 101 et seq.

50.   As a result of Defendants' conduct, Ferguson has been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Ferguson's exclusive copyrights in the Milly Rock dance in Fortnite.

51.   Ferguson is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Milly Rock and engaging in other acts in violation of Copyright law.

First Amended Complaint

1    52.    As a direct and proximate result of Defendants'
2  infringement of Plaintiff's copyrights and exclusive rights under
3  copyright, Ferguson is also entitled to recover damages, including
4  attorneys' fees, and any profits obtained by Defendants as a result of
5  the infringements alleged above, in an amount according to proof to be
6  determined at the time of trial.

7    53.    In doing the acts herein alleged, Defendants acted
8  fraudulently, willfully, and with malice, and Ferguson is therefore
9  entitled to punitive damages according to proof at the time of trial.

10                    **SECOND CAUSE OF ACTION**
11        **(For Contributory Infringement of Copyright Against All**
12                          **Defendants)**

13    54.    Ferguson hereby repeats and realleges the allegations set
14  forth in paragraphs 1 through 53, above, as though fully set forth
15  herein.

16    55.    Ferguson is in the process of registering the Milly Rock
17  dance with the United States Copyright Office.  On December 4, 2018,
18  Ferguson submitted an application for copyright registration of the
19  Milly Rock dance and assigned Copyright Office case number 1-
20  7192939861.

21    56.    Defendants have infringed and continue to infringe
22  Ferguson's copyrights in the Milly Rock by selling the Milly Rock dance
23  emote as an in-game purchase, under the name "Swipe It" that, if
24  purchased, a player can use to make his or her avatar perform during
25  Fortnite gameplay; substantially copying the Milly Rock in digital form
26  to the Fortnite game; advertising the Milly Rock in its promotional
27  materials; and creating the Swipe It emote as a derivative work of the
28  Milly Rock.

57.    By providing the Swipe It emote necessary for its players to commit direct copyright infringement, Defendants has and continues to materially contribute to the unauthorized reproductions and distributions by its players of the Milly Rock.

58.    Defendants did not seek to obtain Ferguson's permission for its use of the Milly Rock for the Swipe It emote.  Nor have Defendants compensated or credited Ferguson for their use of the Milly Rock.

59.    Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software developers, and repair providers, to misappropriate Ferguson's likeness and the Milly Rock dance.

60.    Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

61.    Defendants' willful and continued unauthorized use of the Milly Rock for commercial gain has caused and will continue to cause confusion and mistake by leading the public to erroneously associate the Swipe It emote offered by Epic with the Milly Rock in violation of 17 U.S.C. §§ 101 et seq.

62.    As a result of Defendants' conduct, Ferguson has been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Ferguson's exclusive copyrights in the Milly Rock dance in Fortnite.

63.    Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot be compensated or measured in money. Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502,

1    Plaintiff is entitled to injunctive relief, prohibiting further contributory

2 infringements of Plaintiff's copyrights.

3       64.  As a direct and proximate result of Defendants'

4 infringement of Plaintiff's copyrights and exclusive rights under

5 copyright, Ferguson is also entitled to recover damages, including

6 attorneys' fees, and any profits obtained by Defendants as a result of

7 the infringements alleged above, in an amount according to proof to be

8 determined at the time of trial.

9       65.  In doing the acts herein alleged, Defendants acted

10 fraudulently, willfully, and with malice, and Ferguson is therefore

11 entitled to punitive damages according to proof at the time of trial.

12 **THIRD CAUSE OF ACTION**

13 **(For Violation of the Right of Publicity Under California**

14 **Common Law Against All Defendants)**

15       66.  Ferguson hereby repeats and realleges the allegations set

16 forth in paragraphs 1 through 65, above, as though fully set forth

17 herein.

18       67.  Through their use of Milly Rock dance as an in-game dance

19 emote that can be purchased, Defendants misappropriated Ferguson's

20 identity.  The Swipe it emote depicts Ferguson performing the Milly

21 Rock dance.  Upon information and belief, Defendants created the

22 Swipe It emote by capturing and digitally copying Ferguson performing

23 the Milly Rock.  Defendants then utilized the digital copy to create code

24 that, if purchased, allows player avatars to perform the Milly Rock

25 dance.

26       68.  Defendants did not seek or obtain Ferguson's authorization

27 or consent for its use of his likeness for the Swipe It emote.  Nor have

28

1   Defendants compensated or credited Ferguson for their use of the Milly

2   Rock.

3       69.   Defendants used Ferguson's likeness to generate significant

4   wealth by:  1) selling the infringing Swipe It emote directly to players;

5   2) selling the Season 5 Battle Pass that contains the Swipe It emote; 3)

6   advertising the Swipe It emote to attract additional players, including

7   2 Milly's fans or those persons familiar with the Milly Rock to play

8   Fortnite and make in-game purchases; 4) staying relevant to its current

9   players to incentivize those players to continue playing Fortnite; 5)

10  impliedly representing that Ferguson consented to Epic's use of his

11  likeness; 6) erroneously cause the association of the Swipe It with the

12  Milly Rock; 7) creating the false impression that 2 Milly endorsed

13  Fortnite; and 8) inducing and/or contributing to Fortnite players'

14  avatars performing the Milly Rock dance.

15      70.   As the rapper, 2 Milly, Ferguson exploits his identity by

16  performing at concerts, events and festivals.  Ferguson was damaged by

17  Defendants' conduct as he was prevented from reaping the profits of

18  licensing his likeness to Defendants for commercial gain.

19      71.   Defendants' conduct caused and will continue to cause

20  confusion and mistake by leading the public to erroneously believe that

21  Ferguson consented to the use of his likeness in the Fortnite game.

22      72.   Ferguson is entitled to permanent injunctive relief

23  preventing Defendants, and their officers, agents, and employees, and

24  all related persons from further using his likeness.

25      73.   Ferguson is also entitled to recover damages, including any

26  profits obtained by Defendants as a result of the infringements alleged

27  above, in an amount according to proof to be determined at the time of

28  trial.

**First Amended Complaint**

1           **FOURTH CAUSE OF ACTION**

2   **(For Violation of the Right of Publicity Under Cal. Civ. Code §**

3           **3344 Against All Defendants)**

4        74.   Ferguson hereby repeats and realleges the allegations set

5 forth in paragraphs 1 through 73, above, as though fully set forth

6 herein.

7        75.   Through their use of Milly Rock dance as an in-game dance

8 emote that can be purchased, Defendants misappropriated Ferguson's

9 identity.  The Swipe it emote depicts Ferguson performing the Milly

10 Rock dance.  Upon information and belief, Defendants created the

11 Swipe It emote by capturing and digitally copying Ferguson performing

12 the Milly Rock.  Defendants then utilized the digital copy to create code

13 that, if purchased, allows player avatars to perform the Milly Rock

14 dance.

15        76.   Defendants did not seek or obtain Ferguson's authorization

16 or consent for its use of his likeness for the Swipe It emote.  Nor have

17 Defendants compensated or credited Ferguson for their use of the Milly

18 Rock.

19        77.   Defendants used Ferguson's likeness to generate significant

20 wealth by:  1) selling the infringing Swipe It emote directly to players;

21 2) selling the Season 5 Battle Pass that contains the Swipe It emote; 3)

22 advertising the Swipe It emote to attract additional players, including

23 2 Milly's fans or those persons familiar with the Milly Rock to play

24 Fortnite and make in-game purchases; 4) staying relevant to its current

25 players to incentivize those players to continue playing Fortnite; 5)

26 impliedly representing that Ferguson consented to Epic's use of his

27 likeness; 6) erroneously cause the association of the Swipe It with the

28 Milly Rock; 7) creating the false impression that 2 Milly endorsed

1   Fortnite; and 8) inducing and/or contributing to Fortnite players'
2   avatars performing the Milly Rock dance.

3       78.   As the rapper, 2 Milly, Ferguson exploits his identity by
4   performing at concerts, events and festivals.  Ferguson was damaged by
5   Defendants' conduct as he was prevented from reaping the profits of
6   licensing his likeness to Defendants for commercial gain.

7       79.   Defendants' conduct caused and will continue to cause
8   confusion and mistake by leading the public to erroneously believe that
9   Ferguson consented to the use of his likeness in the Fortnite game.

10       80.   Ferguson is entitled to permanent injunctive relief
11   preventing Defendants, and their officers, agents, and employees, and
12   all related persons from further using his likeness.

13       81.   Ferguson is also entitled to recover damages, including any
14   profits obtained by Defendants as a result of the infringements alleged
15   above, in an amount according to proof to be determined at the time of
16   trial.

17   **FIFTH CAUSE OF ACTION**
18   **(Unfair Competition Under Cal. Bus. & Prof. Code § 17200)**

19       82.   Ferguson hereby repeats and realleges the allegations set
20   forth in paragraphs 1 through 81, above, as though fully set forth
21   herein.

22       83.   By misappropriating Ferguson's copyright and likeness
23   through the improper use of the Milly Rock dance, Defendants have
24   engaged in business acts or practices that constitute unfair competition
25   in violation of Cal. Bus. & Prof. Code. § 17200.

26       84.   As a result of Defendants' violations, Defendants have
27   unjustly enriched themselves by:  1) selling the infringing Swipe It
28   emote directly to players; 2) selling the Season 5 Battle Pass that

contains the Swipe It emote; 3) advertising the Swipe It emote to attract additional players, including 2 Milly's fans or those persons familiar with the Milly Rock to play Fortnite and make in-game purchases; 4) staying relevant to its current players to incentivize those players to continue playing Fortnite; 5) impliedly representing that Ferguson consented to Epic's use of the Milly Rock and his likeness; 6) erroneously cause the association of the Swipe It with the Milly Rock; 7) creating the false impression that 2 Milly endorsed Fortnite; and 8) inducing and/or contributing to Fortnite players' avatars performing the Milly Rock dance.

85.    As a result of Defendants' conduct, Ferguson has been damaged by being precluded from receiving his rightful share of the profits from selling or licensing his exclusive copyright in the Milly Rock dance.

86.    Moreover, Ferguson was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness to Defendants for commercial gain.

87.    Ferguson is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using his likeness.

88.    Ferguson is also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

1                 **SIXTH CAUSE OF ACTION**

2         **(Unfair Competition Under 15 U.S.C. § 1125(a))**

3        89.    Ferguson hereby repeats and realleges the allegations set

4 forth in paragraphs 1 through 88, above, as though fully set forth

5 herein.

6        90.    Since releasing the Milly Rock music video in 2014,

7 Ferguson's Milly Rock dance has exploded in popularity.  The dance,

8 unanimously identified by the name, Milly Rock, is distinct and

9 immediately recognizable by the rapid and successive swiping motion

10 of the arms in front of the body.

11        91.    As the dance's creator, Ferguson is the owner of all the

12 rights, title and interest to the property rights embodied in the Milly

13 Rock name and dance.

14        92.    Although clearly depicting the Milly Rock, Defendants

15 falsely and intentionally labeled the dance "Swipe It" in order to "pass

16 off" Plaintiff's Milly Rock dance as their own work in violation of the

17 Lanham Act, 15 U.S.C. § 1125(a).

18        93.    Defendant's copying and relabeling of Ferguson's Milly

19 Rock dance has caused confusion, deception, and mistake by the

20 creation of the false and misleading impression that Defendants were

21 the creators of the Milly Rock dance.

22        94.    As a result of Defendants' conduct, Ferguson is damaged by

23 Defendants' exploitation of his name and likeness through 1) selling the

24 infringing Milly Rock emotes directly to players; 2) selling NBA 2K18

25 and NBA 2K19 that contain the Milly Rock emotes; 3) advertising the

26 Milly Rock emotes to attract additional players, including 2 Milly's fans

27 or those persons familiar with the Milly Rock to play NBA 2K18 and

28 NBA 2K19 and make in-game purchases; 4) keeping the franchise

1    relevant to its players to incentivize those players to continue
2    purchasing the 2K games; 5) impliedly representing that Ferguson
3    consented to Defendants' use of his likeness; 6) erroneously causing the
4    association of NBA 2K18 and NBA 2K19 with the Milly Rock; 7)
5    creating the false impression that Ferguson endorsed NBA 2K18 and
6    NBA 2K19; and 8) inducing and/or contributing to NBA 2K18 and NBA
7    2K19 players' characters performing the Milly Rock dance.

8        95.    As a result of Defendants' conduct, Ferguson has been
9    damaged by being precluded from receiving his rightful share of the
10   profits from selling or licensing the Milly Rock name and dance.

11       96.    Moreover, Ferguson was damaged by Defendants' conduct as
12   he was prevented from reaping the profits of licensing the Milly Rock
13   name and dance to Defendants for commercial gain.

14       97.    Ferguson is entitled to permanent injunctive relief
15   preventing Defendants, and their officers, agents, and employees, and
16   all related persons from further using the Milly Rock name and dance.

17       98.    Ferguson is also entitled to recover damages, including
18   attorney's fees, as a result of the infringements alleged above, in an
19   amount according to proof to be determined at the time of trial.

20                          **PRAYER FOR RELIEF**

21   **As to the First Cause of Action:**

22       1.    For an order restraining Defendants from using, selling, or
23   displaying Ferguson's copyright in its Fortnite game;

24       2.    For an award of damages according to proof;

25       3.    For punitive and/or exemplary damages;

26       4.    For attorney's fees and costs;

27

28

**As to the Second Cause of Action:**

5. For an order restraining Defendants from using, selling, or displaying Ferguson's copyright in its Fortnite game;

2. For an award of damages according to proof;

3. For punitive and/or exemplary damages;

4. For attorney's fees and costs;

**As to the Third Cause of Action:**

7. For an order restraining Defendants from using, selling, or displaying Ferguson's likeness in its Fortnite game;

8. For an award of damages according to proof;

**As to the Fourth Cause of Action:**

10. For an order restraining Defendants from using, selling, or displaying Ferguson's likeness in its Fortnite game;

11. For an award of damages according to proof;

12. For punitive and/or exemplary damages;

**As to the Fifth Cause of Action:**

14. For an order restraining Defendants from using, selling, or displaying Ferguson's copyright and likeness in its Fortnite game;

15. For an award of damages according to proof;

16. For punitive and/or exemplary damages;

17. For attorney's fees and costs;

**As to the Sixth Cause of Action:**

18. For an order restraining Defendants from using, selling, or displaying Ferguson's copyright and likeness in its Fortnite game;

19. For an award of damages according to proof;

20. For punitive and/or exemplary damages; and

21. For attorney's fees and costs;

**First Amended Complaint**

**As to All Causes of Action:**

      22.    For costs of suit; and

      23.    For such other and further relief as the Court may deem proper.

Dated: December 17, 2018       Respectfully Submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:  */s/ Carolynn Kyungwon Beck*
Carolynn Kyungwon Beck
*Attorneys for Plaintiff Terrence Ferguson*

**First Amended Complaint**

# JURY TRIAL

Plaintiff Terrence Ferguson requests a trial by jury on all issues to which it is entitled a jury.

Dated: December 17, 2018

Respectfully Submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:  */s/ Carolynn Kyungwon Beck*
Carolynn Kyungwon Beck

John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Carolynn Kyungwon Beck (SBN 264703)
cbeck@piercebainbridge.com
Daniel Dubin (SBN 313235)
ddubin@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 262-9333

David L. Hecht (NY4695961) (*pro hac vice* admission pending)
dhecht@piercebainbridge.com
Maxim Price (NY684858) (*pro hac vice* admission pending)
mprice@piercebainbridge.com
Yi Wen Wu (NY5294475) (*pro hac vice* admission pending)
wwu@piercebainbridge.com
20 West 23rd Street, Fifth Floor
New York, New York 10010
(212) 484-9866

*Attorneys for Plaintiff Terrence Ferguson*

First Amended Complaint